UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID CHARLES MOON,<br><br>    Petitioner,<br><br>    v.<br><br>DAVID LONG,<br><br>    Respondent. | Case No. 16-cv-00679-JD<br><br>**ORDER OF DISMISSAL AND DENYING CERTIFICATE OF APPEALABILITY** |

This is a habeas case filed pro se by a state prisoner. The Court ordered respondent to file a response but noted that the petition appeared to be untimely and respondent should consider whether a motion to dismiss for untimeliness was appropriate. However, petitioner has filed a notice of abandonment of the petition. Docket No. 9. Pursuant to petitioner's filing, this case is **DISMISSED** without prejudice under Rule 41(a) of the Federal Rules of Civil Procedure. Because reasonable jurists would not find the result here debatable, a certificate of appealability ("COA") is **DENIED**. *See Slack v. McDaniel*, 529 U.S. 473, 484-85 (2000) (standard for COA). The Clerk shall close the file.

    **IT IS SO ORDERED.**

Dated: August 30, 2016

JAMES DONATO
United States District Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DAVID CHARLES MOON,

    Plaintiff,

v.

DAVID LONG,

    Defendant.

Case No. 16-cv-00679-JD

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on August 30, 2016, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

David Charles Moon ID: G13873
California City Correctional Facility (CAC)
P.O. Box 2760
California City, CA 93504

Dated: August 30, 2016

Susan Y. Soong
Clerk, United States District Court

By: /s/ Lisa R. Clark
LISA R. CLARK, Deputy Clerk to the
Honorable JAMES DONATO